Robert KORNBLUM, Appellant,

v.

ST. LOUIS COUNTY, MISSOURI, et al., Appellees.

No. 93–4111.

United States Court of Appeals, Eighth Circuit.

March 28, 1995.

Appellant's petition for rehearing by the court en banc is granted. The opinion and judgment of the court entered on February 15, 1995, are vacated.

The case is set for argument Tuesday, May 23, 1995, in St. Louis, Missouri.